**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2171**

In re:  STEPHEN NIVENS,

Petitioner.

On Petition for Writ of Habeas Corpus.

Submitted:  June 22, 2023                                        Decided:  June 27, 2023

Before WYNN, DIAZ, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Stephen Nivens, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Nivens petitions this court for a writ of habeas corpus. We dismiss the petition for lack of jurisdiction and decline to transfer it to the district court. *See* 28 U.S.C. § 1631; *Dragenice v. Ridge*, 389 F.3d 92, 100 (4th Cir. 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*